CAROLINE GESELL et al., Respondents, *v.* LOUIS A. WELLS, Defendant, and JEFFREY WELLS, Appellant.

(Argued September 29, 1930; decided October 14, 1930.)

*C. Addison Keeler* for appellant.

*Arthur F. Curtis* and *Lewis F. Raymond* for respondent.

Order affirmed, with costs; questions certified answered as follows: First question in the negative; second question in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.